1

2

3

4

5

6

7

8

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

9

10

ROBERT EUGENE GERKIN,

11                                    Plaintiff,          CASE NO. _____

12          vs.                                            PRISONER'S

13                                                         APPLICATION TO PROCEED
                                                           IN FORMA PAUPERIS
MATTHEW C. KRAMER, WARDEN

14                                    Defendant.

**JF**

**(PR)**

15

16        I, __Robert E Gerkin_____, declare, under penalty of perjury that I am the

17   plaintiff in the above entitled case and that the information I offer throughout this application

18   is true and correct. I offer this application in support of my request to proceed without being

19   required to prepay the full amount of fees, costs or give security. I state that because of my

20   poverty I am unable to pay the costs of this action or give security, and that I believe that I am

21   entitled to relief.

22        In support of this application, I provide the following information:

23   1.     Are you presently employed? Yes ____ No _**__

24   If your answer is "yes," state both your gross and net salary or wages per month, and give the

25   name and address of your employer:

26   Gross: _____**_____        Net: _____**_____

27   Employer: _____**_____        _____**_____

28   _____**_____        _____**_____

1  If the answer is "no," state the date of last employment and the amount of the gross and net

2  salary and wages per month which you received.  (If you are imprisoned, specify the last

3  place of employment prior to imprisonment.)

4    Feb. 17th, 1995. (Gross per Month $5,825$^{47}$.) (Net per Month $3,722$^{31}$.)

5    2610 El Camino Real, Santa Clara, California ext. Meat Department

6  _____

7  2.    Have you received, within the past twelve (12) months, any money from any of the

8  following sources:

9      a.    Business, Profession or        Yes _____ No _**_

10          self employment

11      b.    Income from stocks, bonds,    Yes _____ No _**_

12          or royalties?

13      c.    Rent payments?          Yes _____ No _**_

14      d.    Pensions, annuities, or      Yes _____ No _**_

15          life insurance payments?

16      e.    Federal or State welfare payments,  Yes _____ No _**_

17          Social Security or other govern-

18          ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount

20  received from each.

21  _____NONE_____

22  _____NONE_____

23  3.    Are you married?           Yes _**_ No _____

24  Spouse's Full Name: _____DEBORAH ALLEY GERKIN_____

25  Spouse's Place of Employment: ___UN/KNOWN_____

26  Spouse's Monthly Salary, Wages or Income:

27  Gross $_____NN/KNOWN_____ Net $__UN/KNOWN_____

28  4.    a.    List amount you contribute to your spouse's support:$ __NONE_____

1    b.    List the persons other than your spouse who are dependent upon you for

2          support and indicate how much you contribute toward their support. (NOTE:

3          For minor children, list only their initials and ages. DO NOT INCLUDE

4          THEIR NAMES.).

5    _____ NONE _____

6    _____ NONE _____

7    5.    Do you own or are you buying a home?    Yes ____ No **

8    Estimated Market Value: $__ NONE ____ Amount of Mortgage: $__ NONE

9    6.    Do you own an automobile?    Yes ____ No **

10    Make __NONE__ Year __NONE__ Model __NONE__

11    Is it financed? Yes ____ No ** If so, Total due: $ __NONE__

12    Monthly Payment: $ _NONE_

13    7.    Do you have a bank account? Yes ____ No ** (Do not include account numbers.)

14    Name(s) and address(es) of bank: ____ NONE ____

15    _____ NONE _____

16    Present balance(s): $ _____ NONE _____

17    Do you own any cash? Yes ____ No ** Amount: $ __ NONE __

18    Do you have any other assets? (If "yes," provide a description of each asset and its estimated

19    market value.) Yes ____ No **

20    _____ NONE _____

21    8.    What are your monthly expenses?

22    Rent: $ ____ NONE ____ Utilities: ____ NONE ____

23    Food: $ ____ NONE ____ Clothing: ____ NONE ____

24    Charge Accounts:

25    Name of Account      Monthly Payment      Total Owed on This Acct.

26    NONE      $ ___ NONE ___    $ ___ NONE ___

27    NONE      $ ___ NONE ___    $ ___ NONE ___

28    NONE      $ __ NONE ___    $ ___ NONE ___

RIS. APP. TO PROC. IN FORMA PAUPERIS      - 3 -

9.    Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do <u>not</u> include account numbers.)

NONE

NONE

10.    Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes ____ No **

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

NONE

NONE

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

MARCH 20TH, 2008                    Robert E Gerkin

DATE                                        SIGNATURE OF APPLICANT

1
2                                                    Case Number:_____

3

4

5

6

7

8                              CERTIFICATE OF FUNDS

9                                        IN

10                              PRISONER'S ACCOUNT

11

12        I certify that hereto is a true correct copy of the prisoner's trust

13    account statement showing transactions of  Robert E Gerkin , for the last six

14    months at Folsom State Prison  where he is confined

15

16        I further certify that the average deposits each month to this prisoner's

17    account for the most recent 6-month period were $45.84 and the average balance

18    in the prisoner's account each month for the most recent 6-month period was

19    $ 62.50

20

21    Dated: 1/2/08

22                                        [Authorized officer of the institution]

23

24

25

26

27

28

CALIFORNIA DEPARTMENT OF CORRECTIONS
CALIFORNIA STATE PRISON FOLSOM
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: OCT. 01, 2007 THRU JAN. 11, 2008

ACCOUNT NUMBER  : J79986                    DEPOSIT NUMBER: B5BAT200000034U
ACCOUNT NAME    : GERKIN, ROBERT EUGENE         ACCOUNT TYPE: I
PRIVILEGE GROUP: A

TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|------|-----------|-------------|---------|-----------|----------|-------------|---------|
| 10/01/2007 | | BEGINNING BALANCE | | | | | 77.96 |
| 10/17 | W502 | POSTAGE CHARG | 703302 L | | | 4.60 | 73.36 |
| 10/22* | FC01 | DRAW-FAC 1 | 701990 | | | 60.00 | 13.36 |
| 11/07 | W502 | POSTAGE CHARG | 702358 L | | | 0.10 | 13.26 |
| 11/19 | FC01 | DRAW-FAC 1 | 702565 | | | 13.26 | 0.00 |

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|-------------|-----------|-------------|---------|-------------|
| 12/28/2007 | H118 | LEGAL COPIES HOLD | 703250 L | 1.00 |
| 01/10/2008 | H109 | LEGAL POSTAGE HOLD | 703478 L | 5.05 |

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|-------------------|----------------|-------------------|-----------------|---------------|---------------------------|
| 77.96 | 0.00 | 77.96 | 0.00 | 6.05 | 0.00 |

CURRENT
AVAILABLE
BALANCE
-------------
6.05-
-------------

Robert E Gerkin J-79986
Folsom State Prison
Post Office Box 950
Folsom, California 95763

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Ave.
San Francisco, CA 94102-3483


DECLARATION OF ROBERT E GERKIN IN SUPPORT OF APPLICATION

FOR WAIVER OF COURT FEEs


I, Robert E Gerkin, am the Plaintiff herein and I Hereby Swear and Declare to

the following:

1. I am an unrepresented state prisoner acting Pro-per and I cannot afford to

hire counsel to represent the presiding cause of action

2. Ive been incarcerated for the past thirteen yrs. I Gross, Net or Earn No

Income, Payroll or Salary. Periodically my family will send me money for necessities

I have no control as to when or how much.

    Currently my Inmate Trust Account has a zero balance. I am asking the previous

application for waiver of court fees and cost be waivered at this time


RESPECTFULLY, SUBMITTED

VERIFICATION

I. the undersign, say: I am the Plaintiff in this action. I declare under

penalty or perjury, under the law's of our State of California that the foregoing

in true and correct under penalty of perjury

EXECUTED: Under penalty of perjury at Sacramento, California on this 20TH, Day

on March, 2008

Robert E Gerkin

Dated: 3/20/2008                                    ROBERT E GERKIN
                                                    Pro-per

# PROOF OF SERVICE BY MAIL

I ROBERT EUGENE GERKIN          , AM A RESIDENT OF FOLSOM STATE PRISON IN THE
COUNTY OF SACRAMENTO, STATE OF CALIFORNIA. I AM OVER THE AGE OF 18 YEARS,
AND I AM /AM NOT A PARTY TO THIS ACTION.
          MY PRISON NUMBER IS:    J-79986          
          MY PRISON ADDRESS IS; **P.O. BOX 950, Folsom, Ca. 95763**


          ON MARCH    20TH,     , 2008, I SERVED A COPY OF THE FOLLOWING
DOCUMENT:

          PETITION/MOTION: 60-B  foR RElief fRom JuDGEMENT uNDER F.R.C.P. (b)

AND APPLICATION TO PROCEED INFORMA PAUPERIS
          ON THE FOLLOWING PARTIES BY PLACING THE DOCUMENTS IN A SEALED
ENVELOPE WITH POSTAGE FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT
BOX SO PROVIDED AT FOLSOM STATE PRISON (MAILBOX RULE), FOLSOM,
CALIFORNIA, ADDRESSED AS FOLLOWS:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Ave.
San Francisco, CA 94102-3483

ATTORNEY GENERAL's OFFICE
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102


          THERE IS DELIVERY SERVICE BY THE UNITED STATES MAIL AT THE PLACE SO
ADDRESSED, AND/OR THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE
PLACE OF MAILING AND THE PLACE SO ADDRESSED.

          I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE
AND CORRECT.

          EXECUTED MARCH    20TH     , 2008, AT FOLSOM, CALIFORNIA..

Robert E Gerkin