FILED

APR 0 7 2008

CLERK ... COURT
NORTHERN ... CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ROBERT EUGENE GERKIN

           Plaintiff,

vs.

M.C. KRAMER, Warden,

           Defendant.

CASE NO. _____

**PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

JF

**(PR)**

I, __ROBERT E GERKIN__, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No **

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____***_____ Net: _____***_____

Employer: _____***_____ ***

_____***_____ ***

1  and wages per month which you received. (If you are imprisoned, specify the last place of
2  employment prior to imprisonment.)
3  Feb. 17th, 1995 (Gross per Month $5,825.47.) (Net per Month $3,722.31)
4  2610 El Camino Real, Santa Clara, California Ext. Meat Department
5  _____
6  2. Have you received, within the past twelve (12) months, any money from any of the following
7  sources:
8   a. Business, Profession or           Yes ____ No **
9      self employment
10  b. Income from stocks, bonds,        Yes ____ No **
11     or royalties?
12  c. Rent payments?                    Yes ____ No **
13  d. Pensions, annuities, or           Yes ____ No **
14     life insurance payments?
15  e. Federal or State welfare payments, Yes ____ No **
16     Social Security or other govern-
17     ment source?
18  If the answer is "yes" to any of the above, describe each source of money and state the amount
19  received from each.
20                              NONE
21                              NONE
22  3. Are you married?                  Yes _Yes_ No ____
23  Spouse's Full Name: ___Deborah Alley Gerkin___
24  Spouse's Place of Employment: ___UN/KNOWN___
25  Spouse's Monthly Salary, Wages or Income:
26  Gross $___UN/KNOWN___     Net $___UNKNOWN___
27  4. a. List amount you contribute to your spouse's support:$ __None__
28     b. List the persons other than your spouse who are dependent upon you for support

PRIS. APP. TO PROC. IN FORMA PAUPERIS         - 2 -

and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

<u>My Daughter: Age (15) D.G. I'm unable to contribute any thing financially</u>

_____

5.  Do you own or are you buying a home?    Yes ____  No **

Estimated Market Value: $___**_____ Amount of Mortgage: $___**_____

6.  Do you own an automobile?    Yes ____  No **

Make ____***_____ Year ___***_____ Model ___***_____

Is it financed? Yes _____ No ** ____ If so, Total due: $ ___***_____

Monthly Payment: $ ____****_____

7.  Do you have a bank account?   Yes _____ No ** (Do <u>not</u> include account numbers.)

Name(s) and address(es) of bank: _____****_____

_____*****_____

Present balance(s): $ _____**_____**_____

Do you own any cash? Yes ____ No *** Amount: $ ___***_____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)  Yes ____ No ***

_____***_____

8.  What are your monthly expenses?

Rent: $ ___**_____  Utilities: _____**_____

Food: $ ___**_____  Clothing: _____***_____

Charge Accounts:

| <u>Name of Account</u> | <u>Monthly Payment</u> | <u>Total Owed on This Acct.</u> |
|---|---|---|
| ** | $ ** | $ ** |
| ** | $ *** | $ ** |
| ** | $ ** | $ ** |

9.  Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do <u>not</u> include account numbers.)

NONE

```
 1                    **                                              **
 2                         **                       **
 3    10.   Does the complaint which you are seeking to file raise claims that have been presented in
 4    other lawsuits?   Yes ___  No **
 5    Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which
 6    they were filed.
 7         ***                    ***                        ***
 8              ***                    ***                        ***
 9           I consent to prison officials withdrawing from my trust account and paying to the court the
10    initial partial filing fee and all installment payments required by the court.
11           I declare under the penalty of perjury that the foregoing is true and correct and understand
12    that a false statement herein may result in the dismissal of my claims.
13
14    MARCH 27TH 2008            Robert E Gerkin
15         DATE                          SIGNATURE OF APPLICANT
16
17
...
28
```

Case Number: _____

# CERTIFICATE OF FUNDS
# IN
# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of **Robert Eugene Gerkin** for the last six months at
[prisoner name]
**Folsom State Prison; (Old-Folsom)** where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ **0** and the average balance in the prisoner's account each month for the most recent 6-month period was $ **15.22**.

Dated: **3/28/08**

_Suzanne Smelt_
[Authorized officer of the institution]
- 5 -

```
REPORT ID: TS3030 .701                                                              REPORT DATE: 03/28/08
                                                                                    PAGE NO:       1
                              CALIFORNIA DEPARTMENT OF CORRECTIONS
                               CALIFORNIA STATE PRISON FOLSOM
                               INMATE TRUST ACCOUNTING SYSTEM
                               INMATE TRUST ACCOUNT STATEMENT

                          FOR THE PERIOD: JUL. 01, 2007 THRU MAR. 28, 2008

ACCOUNT NUMBER  : J79986                              BED/CELL NUMBER: B5BAT200000034U
ACCOUNT NAME    : GERKIN, ROBERT EUGENE               ACCOUNT TYPE: I
PRIVILEGE GROUP : A

                              TRUST ACCOUNT ACTIVITY

 TRAN
DATE   CODE   DESCRIPTION          COMMENT    CHECK NUM  DEPOSITS   WITHDRAWALS   BALANCE
07/01/2007     BEGINNING BALANCE                                                   40.00
07/23  FC01   DRAW-FAC 1            700374                                40.00     0.00
08/17  D300   CASH DEPOSIT          MR4208                35.00                    35.00
08/20  W502   POSTAGE CHARG         700868 L                               1.48    33.52
08/20  W502   POSTAGE CHARG         700868 L                               1.48    32.04
08/20  FC01   DRAW-FAC 1            700894                                27.84     4.20
08/21  W516   LEGAL COPY CH         700939 L                               4.20     0.00
09/04  D300   CASH DEPOSIT          MR4311               200.00                   200.00
09/07  W502   POSTAGE CHARG         701148 L                               4.60   195.40
09/07*W502    POSTAGE CHARG         701148 L                               4.60   190.80
09/17  W502   POSTAGE CHARG         701322 L                               2.84   187.96
09/24  FC01   DRAW-FAC 1            701423                               110.00    77.96
10/17  W502   POSTAGE CHARG         701902 L                               4.60    73.36
10/22*FC01    DRAW-FAC 1            701993                                60.00    13.36
01/07  W502   POSTAGE CHARG         702358 L                               0.10    13.26
01/19  FC01   DRAW-FAC 1            702565                                13.26     0.00

                               CURRENT HOLDS IN EFFECT

DATE
PLACED   HOLD                                                          HOLD
         CODE   DESCRIPTION                           COMMENT         AMOUNT
------- ------- ----------------                      -----------    --------
03/11/2008  H118  LEGAL COPIES HOLD                   704701 L         54.00
03/11/2008  H118  LEGAL COPIES HOLD                   704701 L          3.60
03/24/2008  H109  LEGAL POSTAGE HOLD                  704912 L          4.60
03/24/2008  H118  LEGAL COPIES HOLD                   704914           20.00

                          TRUST ACCOUNT SUMMARY

BEGINNING     TOTAL         TOTAL         CURRENT       HOLDS        TRANSACTIONS
 BALANCE    DEPOSITS     WITHDRAWALS      BALANCE      BALANCE       TO BE POSTED
---------   ---------    -----------      -------      -------       ------------
   40.00     235.00        275.00          0.00         82.20            0.00

                                                        CURRENT
                                                       AVAILABLE
                                                        BALANCE
                                                       ---------
                                                         82.20
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 3/28/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature]
TRUST OFFICE
Folsom Prison

1.77.94
(1) 77.94
(2) 13.34
(1) 6
(2) 6
(3) 0

# PROOF OF SERVICE BY MAIL

I  ROBERT EIGENE GERKIN  , AM A RESIDENT OF FOLSOM STATE PRISON IN THE COUNTY OF SACRAMENTO, STATE OF CALIFORNIA. I AM OVER THE AGE OF 18 YEARS, AND I AM /AM NOT A PARTY TO THIS ACTION.

MY PRISON NUMBER IS: J-79986

MY PRISON ADDRESS IS: P.O. BOX 950, Folsom, Ca. 95763

ON ~~MARCH~~ APRIL 3rd, 2008, I SERVED A COPY OF THE FOLLOWING DOCUMENT:

PRISONER's APPLICATION
TO PROCEED IN FORMA PAUPERIS

ON THE FOLLOWING PARTIES BY PLACING THE DOCUMENTS IN A SEALED ENVELOPE WITH POSTAGE FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT FOLSOM STATE PRISON (MAILBOX RULE), FOLSOM, CALIFORNIA, ADDRESSED AS FOLLOWS:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Ave.
San Francisco, CA 94102-3483

THERE IS DELIVERY SERVICE BY THE UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND/OR THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED.

I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ~~MARCH~~ APRIL 3rd, 2008, AT FOLSOM, CALIFORNIA..

Robert E Gerkin
&lt;signature here &gt;



NO POSTAGE NECESSARY IF MAILED IN THE UNITED STATES

SACRAMENTO CA 958

04 APR 2008 PM 6

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

ROBERT E GERKIN J-79986
FOLSOM PRISON
Box 950
95763

CONFIDENTIAL/LEGAL MAIL
Robert E Gerkin