```
                    Robert E Gerkin J-79986
                    Folsom State Prison 5B/2BA34
                    Post Office Box 950
                    Folsom, California 95763
```

FILED 08 APR -7 PM 5: 14

Atten: Clerk's Office
United States District Court
Northern District of California
450 Golden Gate Ave.
San Francsco, CA 94102-3483

CASE No: CV-08 1602 JF (PR)

## DECLARATION OF ROBERT E GERKIN IN SUPPORT OF APPLICATION
## FOR WAIVER OF COURT FEEs AND COST

I, ROBERT E GERKIN, am the Plaintiff Herein and I Hereby Swear and Declare to the following:

1. I am an unrepresented state prisoner acting Pro-per and I cannot afford to hire counsel to represent the presiding cause of action

2. I've been incarcerated for the past (13)-Thirteen years. I Gross, Net or Earn No Income, Payroll or Salary. Periodically my family will send me money for necessities I have no control as to when or how much.

   Currently my Inmate Trust Account has a zero balance. I am asking to consider the previous application for waiver of court fees and cost at this time

Respectfully, Submitted

Verification

I, the undersign, say: I am the Plaintiff in this action. I declare under Penalty or Perjury, under the law's of our State of California that the foregoing is true and correct under penalty of perjury

ExECUTED: Under penalty of perjury at Sacramento, California on this 3rd, day of APRIL, 2008

Dated: 3/27/2008

ROBERT E GERKIN

*Robert E Gerkin* (signature)