Case 5:08-cv-01602-JF   Document 6   Filed 04/11/2008   Page 4 of 8

April 4th, 2008

                    Robert E Gerkin J-79936
                    Folsom State Prison 5B/2BA34
                    Post Office Box 715071
                    Represa, California 95671


FSP-MAILROOM


Dear Sir:
    Enclosed, signed Inmate Trust Withdrawal, for copy Inmate CDC-119 Legal Mail-Log, for the months of March and April of 2008

                    Thank you inadvance

                                            ROBERT E GERKIN

Dated: 4/4th/2008

*[signature: Robert E Gerkin]*

APR 0 7 RECD  Valerie—
attached is a copy of your CDC 119 outgoing legal mail log for 2008. You were charged 10¢ for copy.

119 OUT GOING LEGAL MAIL   YEAR 2008
FOLSOM STATE PRISON

| CDC # | I/M NAME | S | SPECIAL PURPOSE LETTER(S) | DATE |
|---|---|---|---|---|
| J79986 | GERKIN | S | NON-LEGAL: EDITOR IN CHIEF, CRIMINAL PROCEDURE PROJECET, GEORGETOWN LAW JOURNAL | 1/2/2008 |
| | TRUST W/ORDER | | CA VICTIM COMPENSATION & GOV'T CLAIMS BD, POB 3035, SACRAMENTO CA 95812-3035 | 1/8/2008 |
| | TRUST W/ORDER | | SUPERIOR COURT, CIVIL DIV, 720 NINTH ST, RM 102, SACRAMENTO CA 95814 | 2/1/2008 |
| | | S | PRISON LAW OFFICE, GENERAL DELIVERY, SAN QUENTIN CA 94964-0001 | 2/4/2008 |
| | | S | US DISTRICT COURT, 501 I ST, STE 4-401, SACRAMENTO CA 95814 | 2/5/2008 |
| | TRUST W/ORDER | | US DISTRICT COURT, NORTHERN DISTRICT OF CA, 450 GOLDEN GATE AVE, SAN FRANCISCO CA 94 | 3/21/2008 |
| 1 OF 2 | TRUST W/ORDER | | ATTORNEY GENERAL'S OFFICE, POB 944255, SACRAMENTO CA 94244-2550 | 3/28/2008 |
| 2 OF 2 | TRUST W/ORDER | | SUPERIOR COURT, LEGAL PROCESS DESK, 720 NINTH ST, RM 102, SACRAMENTO CA 95814-1380 | 3/28/2008 |
| | TRUST W/ORDER | | ATTORNEY GENERAL'S OFFICE, 455 GOLDEN GATE AVE, STE 11000, SAN FRANCISCO CA 94102 | 4/3/2008 |

STATE OF CALIFORNIA
ADMINISTRATIVE SEGREGATION UNIT PLACEMENT NOTICE
CDC 114-D (Rev 10/98)

DEPARTMENT OF CORRECTIONS

DISTRIBUTION:
WHITE - CENTRAL FILE           CANARY - WARDEN
BLUE - INMATE (2ND COPY)       PINK - HEALTH CARE MGR
GREEN - ASU                    GOLDENROD - INMATE (1ST COPY)

INMATE'S NAME: GERKIN    JPN    (NON MHSDS/CCCMS)
CDC NUMBER: J79986

## REASON(S) FOR PLACEMENT (PART A)

[X] PRESENTS AN IMMEDIATE THREAT TO THE SAFETY OF SELF OR OTHERS
[ ] JEOPARDIZES INTEGRITY OF AN INVESTIGATION OF ALLEGED SERIOUS MISCONDUCT OR CRIMINAL ACTIVITY
[ ] UPON RELEASE FROM SEGREGATION, NO BED AVAILABLE IN GENERAL POPULATION
[X] ENDANGERS INSTITUTION SECURITY

DESCRIPTION OF CIRCUMSTANCES WHICH SUPPORT THE REASON(S) FOR PLACEMENT:
On Saturday, April 5, 2008, you are being placed into Administrative Segregation (Ad-Seg) based on the following: You have been identified via confidential information as a Potential Victim of Assault if you were to remain in the general population at FSP. You will remain in Ad-Seg pending an investigation to be conducted by Correctional Sergeant J. Codorniz. Due to the aforementioned, you are deemed a threat to the safety and security of the institution. You will appear before the Institutional Classification Committee within 10 days for a review of your housing, custody and program needs.

[ ] CONTINUED ON ATTACHED PAGE (CHECK IF ADDITIONAL)    [ ] IF CONFIDENTIAL INFORMATION USED, DATE OF DISCLOSURE: / /

DATE OF ASU PLACEMENT: 04/05/08
SEGREGATION AUTHORITY'S PRINTED NAME: R. Janzen
SIGNATURE: [signed]
STAFF'S TITLE: Lieutenant

DATE NOTICE SERVED: 4/5/08
TIME SERVED: 1230
PRINTED NAME OF STAFF SERVING ASU PLACEMENT NOTICE: J. Codorniz
SIGNATURE: [signed]
STAFF'S TITLE: SGT.

[X] INMATE REFUSED TO SIGN
INMATE SIGNATURE:
CDC NUMBER: J79986

## ADMINISTRATIVE REVIEW (PART B)
*The following to be completed during the initial administrative review by Captain or higher by the first working day following placement*

### STAFF ASSISTANT (SA)
STAFF ASSISTANT NAME:      TITLE:

### INVESTIGATIVE EMPLOYEE (IE)
INVESTIGATIVE EMPLOYEE'S NAME:      TITLE:

**IS THIS INMATE:**
LITERATE?                                                [ ] YES [ ] NO
FLUENT IN ENGLISH?                                       [ ] YES [ ] NO
ABLE TO COMPREHEND ISSUES?                               [ ] YES [ ] NO
FREE OF MENTAL HEALTH SERVICES DELIVERY SYSTEM NEEDS?    [ ] YES [ ] NO
DECLINING FIRST STAFF ASSISTANT ASSIGNED?                [ ] YES

Any "NO" requires SA assignment

EVIDENCE COLLECTION BY IE UNNECESSARY      [ ] YES [ ] NO
DECLINED ANY INVESTIGATIVE EMPLOYEE        [ ] YES [ ] NO
ASU PLACEMENT IS FOR DISCIPLINARY REASONS  [ ] YES [ ] NO
DECLINED 1ST INVESTIGATIVE EMPLOYEE ASSIGNED [ ] YES

Any "NO" may require IE assignment

[ ] NOT ASSIGNED           [ ] NOT ASSIGNED

## INMATE WAIVERS

[ ] INMATE WAIVES OR DECLINES INTERVIEW WITH ADMINISTRATIVE REVIEWER    [ ] INMATE WAIVES RIGHT TO 72 HOURS PREPARATION TIME
[ ] NO WITNESSES REQUESTED BY INMATE    INMATE SIGNATURE:    DATE:

## WITNESSES REQUESTED FOR HEARING

| WITNESS' NAME | TITLE/CDC NUMBER | WITNESS' NAME | TITLE/CDC NUMBER |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

**DECISION:** [ ] RELEASE TO UNIT/FACILITY _____    [ ] RETAIN PENDING ICC REVIEW    [ ] DOUBLE CELL    [ ] SINGLE CELL PENDING ICC

REASON FOR DECISION:

ADMINISTRATIVE REVIEWER'S PRINTED NAME:    TITLE:    DATE OF REVIEW:    TIME:    ADMINISTRATIVE REVIEWER'S SIGNATURE:
CORRECTIONAL ADMINISTRATOR'S PRINTED NAME (if necessary):    CORRECTIONAL ADMINISTRATOR'S CO-SIGNATURE (if necessary):    DATE OF REVIEW:

See chronological Classification Review document (CDC 128 - G) for specific hearing information

ROBERT E GERKIN J-79986
Folsom STATE PRISON 4B/A1-14
Post Office Box 950
Folsom, California 95763

Confidential LEGAL MAIL
Robert E Gerkin

ATTN: Clerks Office
United States District
Court, Northern District
450 Golden Gate Ave
San Francisco, CA 94102


