May 1st, 2008

ROBERT E GERKIN J-79986
FOLSOM STATE PRISON 4/21/14
POST OFFICE BOX 950
FOLSOM, CALIFORNIA 95763

C08-1602 JF

CLERK OF THE COURT
U.S. DISTRICT COURT
450 GOLDEN GATE AVE
SAN FRANCISCO, CA
        94102

**FILED**

MAY 07 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DEAR OFFICE OF THE CLERK:

INITIALLY, I ADDRESSED YOUR ADDRESS ON 3-20-2008, WITH 60-(b) MOTION., YOU RESPONDED, SENDING ME A STAMPED INFORMA PAUPERIS APPLICATION WITH SELF ADDRESSED BUSINESS REPLY ENVELOPE I FILLED THESE FORMS OUT ON 4-2-08, I WAS CALLED TO 5-BUILDING COUNSELOR CENTER: CCI MY ASSIGN COUNSELOR: R. MALMENDIER, HAD ME SIGN A DOCUMENT AS RECEIVED CERTIFICATE AND TRUST ACCOUNT STATEMENT WE PLACED CERTIFIED CERTIFICATE AND TRUST ACCOUNT STATEMENT INTO THE DISTRICT COURT REPLY ENVELOPE., CCI, R. MALMENDIER SIGN 3 DATED, LEFT IN HIS POSSESSION AS MAILED: PER REGULATION, U.S. POSTAGE OUTGOING LEGAL MAIL: WALK UP FRONT, DEPOSITED ANOTHER ENVELOPE IN MAILBOX ADDRESSED: ATTORNEY GENERALS OFFICE: S.F.

ON APRIL 5, 2008, I WAS PLACED INTO 4-BUILDING Ad-SEG: ON 4-7-08 I RECEIVED A COPY OF CDC-119 OUTGOING LEGAL MAIL-LOG AND THEIR WAS NO SHOWING THIS MATERIAL WAS EVER MAILED OR LEFT INSTITUTION I IMMEDIATELY ADDRESSED 5-BUILDING COUNSELOR CENTER: CCI, R. MALMENDIER ASKING IF HE COULD LOOK, IF THIS ENVELOPE HAD BEEN MISPLACED... ON 4-17-08 I RECEIVED ANOTHER CDC-119 OUTGOING LEGAL MAIL-LOG COPY AND STILL NO SHOWING OR INDICATION THIS MATERIAL WAS EVER MAILED. TO DATE CCI, R. MALMENDIER HAS FAILED TO RESPOND OR ACKNOWLEDGE THIS MATTER

I ADDRESSED FOLSOM STATE PRISON APPEALS COORDINATOR OFFICE WITH ADMINISTRATIVE CDC-602 GRIEVANCE AND JUST GOTTEN THE RUN AROUND ENCLOSE COMPLETE COPY OF GRIEVANCE. CURRENTLY I HAVE A PENDING CIVIL CASE IN THE SUPERIOR COURT OF CALIFORNIA, COUNTY OF SACRAMENTO. 720 NINTH STREET-ROOM 102  PHONE (916) 874-5522  CASE NO: 34-2008-00009035 TOWARD VERIOUS STAFF HERE AT FOLSOM PRISON: SINCE IVE BEEN PLACED INTO ADMINISTRATIVE SEGREGATION: I HAVE ABSOLUTELY NO PERSONAL PROPERTY OR LEGAL MATERIAL, I JUST RECEIVE A LETTER FROM SACRAMENTO, ITS HOW I NO ITS CASE NUMBER: I DONT EVEN NO THE DOC. NUMBER HERE OTHER THAN THE INITIAL'S (PR) 3 J.F. IVE BEEN STRESSING AWEAR THE

IMPORTANCE And STATUTORY TIME limits on filing ARE IMPORTANT. My QUESTION IS IF PRISON officials fail OR REFUSE To provide ASSISTANCE A PRISONER MUST PROVIDE THE COURT

IS THEIR SUCH A form I CAN submit AUTHORIZING THE disclosure OF INFORMATION REQUIRING prison officials To SEND A CERTIFIED copy of prisoners financial statement DIRECTLY To THE COURT...

I APOLOGIZE FOR Any INCONVENIENCE I MAY HAVE CAUSE., THANK You inadvance FOR ANY INFORMATION OR ASSISTANCE your Able To Provide ME WITH PRETAINING THIS MATTER

ADDRESSED

Robert E Gerkin

DATED: 5/1/2008

**FOLSOM STATE PRISON APPEALS SCREENING FORM (CDCR-695)**

TO: *Gerkin*                                        *J 79986*
    NAME                                      CDC#

ISSUE: *3*    AREA OF ORIGIN: *V-4*    REQUESTS: *Confirmation of Mailault*

**PER CCR TITLE 15 SECTION 3084.3, SCREENING APPEALS:**

☐ 1. The action or decision being appealed is not within the jurisdiction of the department.
    ☐ Submit your appeal directly to your Parole Region.

☐ 2. You have submitted a duplicate appeal containing the same issue.
    ☐ Your first appeal is currently under review at the _____ level. Log # _____ Due Date: _____
    ☐ Your first appeal has been completed at the_____ level.  Log # _____
    ☐ Your first appeal was screened-out and returned to you with instructions.

☐ 3. Your appeal concerns an anticipated action or decision. ☐ Your CDCR-115 has not been adjudicated yet.

☒ 4. You have not attempted to resolve the grievance at the informal level.  Obtain an informal response by sending your appeal
    directly to: *Mail room*         ☐ This is not a Folsom State Prison Issue.

☐ 5. The appeal is incomplete or necessary supporting documents are not attached.  *(If necessary, you may obtain copies of requested documents by sending your request with a signed trust withdrawal form to the Records Office and/or your assigned counselor.)*
    ☐ CDCR-115 (Entire Completed 115 including Supplemental Reports.)
    ☐ CDCR-1858 Rights and Responsibilities Statement
    ☐ Attach copy of CDCR-1819 (Notice of Disallowed Mail Form)
    ☐ Trust Account Statement Showing Funds Removed From Account
    ☐ Purchase Receipt(s)
    ☐ Property Card
    ☐ CDCR-1083 Property Inventory Receipt
    ☐ CDCR-143 Property Transfer Receipt
    ☐ Cell Search Receipt  ☐ Other: _____
    ☐ CDCR-128G ICC / UCC
    ☐ CDCR-114D Lock Up Order
    ☐ CRCR128B2 SSU/IGI Gang Validation
    ☐ CDCR-128G CSR Endorsement
    ☐ Sign and/or Date Section(s): _____

☐ 6. 15-Day Time limit for submitting the appeal is exceeded and the appellant had the opportunity to file within the prescribed time constraints. _____

☐ 7. The appeal is filed on behalf of another inmate or parolee.

☐ 8. Abuse of the Appeal Process:
    ☐ Inappropriate Statements.  An appeal containing false information, profanity, or obscene language shall be rejected, per California Code of Regulations, Section 3084.4(b).
    ☐ Excessive Verbiage.  Appeal cannot be understood or is obscured by pointless verbiage or voluminous unrelated documentation, per CCR 3084.4(c).  Remove excess attachments and attach only one (1) additional written page (front and back).
    ☐ Lack of cooperation.  Refusal to interview or cooperate with reviewer shall result in cancellation of the appeal, per CCR 3084.4(4)(d).  ☐ Failure to return requested documents.
    ☐ You have not reasonably demonstrated that your appeal issue(s) has adversely affected your welfare, per CCR 3084.1(a)
    ☐ You may only submit one (1) non-emergency appeal within a seven-calendar day period.
    ☐ You are attempting to change your original appeal issue.

☐ 9. Other:
    ☐ Staff complaints shall not be combined with other appeal issues, per administrative bulletin 05/03.
    ☐ You must re-attach all previous CDCR-695 (Screening Forms) relative to this appeal before it can be processed any further.
    ☐ You have more than one issue in your appeal that cannot be addressed by one department.  One issue per appeal.
    ☐ You must start appeal in Section A/B then add 1 page if necessary.  You cannot write "see attached" in Section A or B.
    ☐ This is a request for information; not an appeal.  ☐ You may not request forms/documents through the appeals process.
    Use form GA-22, Inmate Request for Interview: Submit To:
    ☐ If you have questions about your casework, submit a GA-22 (Inmate Request for Interview) directly to your assigned counselor
    ☐ This is a Health Care Service Request.  Submit CDCR-7362 Directly to Medical Department.

COMMENTS: *Policy & Procedures Mal Can enine from Library, Send a request to Library for what ever policy & procedure you need*

M.H. Ogbey, CCII
Appeals Coordinator

FSP APPEALS OFFICE

APR 29 2008

PERMANENT ATTACHMENT -- DO NOT REMOVE
(rev. 10/23/07)

**INMATE/PAROLEE**
**APPEAL FORM**
CDC 602 (12/87)

| Location: | Institution/Parole Region | Log No. | Category |
|---|---|---|---|
| 1. _____ | 1. _____ | | |
| 2. _____ | 2. _____ | | |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME Robert E Gerkin | NUMBER J-79986 | ASSIGNMENT 4B 1d-SEG | UNIT/ROOM NUMBER 4B/11-14 |
|---|---|---|---|

A. Describe Problem: I Addressed U.S. District Court on 3-20-2008 with 60-(b) MOTION: DISTRICT COURT RESPONDED sending Me Self Address Business ENVELOPE WITH STAMPED INFORMA PAUPERIS APPLICATION. On 4-2-08 I filled forms out And called To 5-Building counselor center CCI, R. Malmendier Had Me sign A Document Is RECEIVED CERTIFIED CERTIFICATE And TRUST Account: WE PLACED CERTIFIED CERTIFICATE And TRUST ACCOUNT STATEMENT INTO DISTRICT COURT Reply ENVELOPE. CCI, R. MALMENDIER, sign 3 DATED; LEFT

If you need more space, attach one additional sheet.        SEE ATTACHMENT

B. Action Requested: BE DOCUMENTED And Policy OR PROCEDURE IN LOCATING THIS MATERIAL

Inmate/Parolee Signature: Robert E Gerkin        Date Submitted: 4-17-2008

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

Staff Signature: _____        Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

Signature: _____        Date Submitted: _____
Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim        CDC Appeal Number:

FOLSOM STATE PRISON 4B/11-14
POST OFFICE BOX 715071
REPRESA, CALIFORNIA 95671

INMATE/PAROLEE
APPEAL FORM
CDC-602

# ATTACHMENT

WITH HIS PERSONS., PER REGULATION, U.S. POSTAGE
OUTGOING LEGAL MAIL: ON APRIL 5TH, 2008, I WAS
PLACED INTO 4-BUILDING AD-SEG: ON 4-7-08 I
RECEIVED A COPY CDC-119 OUTGOING LEGAL MAIL-LOG
AND THEIR WAS NO SHOWING THIS MATERIAL WAS EVER
MAILED OR LEFT INSTITUTION. I IMMEDIATELY ADDRESSED
THE 5-BUILDING COUNSELOR CENTER: CCI, R. MALMENDIER
ASKING IF HE COULD LOOK, IF THIS ENVELOPE HAD
BEEN MISPLACED... ON 4-17-08, I RECEIVED ANOTHER
CDC-119 OUTGOING LEGAL MAIL-LOG COPY AND STILL NO
SHOWING OR INDICATION THIS MATERIAL WAS EVER
MAILED OR LEFT INSTITUTION. THE IMPORTANCE OF THIS
MATERIAL AND STATUTORY TIME LIMITS ON FILING THESE
DOCUMENTS ARE IMPORTANT: TO DATE CCI, R. MALMENDIER
HAS FAILED TO RESPOND OR ACKNOWLEDGE THIS
MATTER.

DATED: 4-17-2008                    Robert E Geikin

APRIL 20, 2008

ROBERT E. GERKIN J-79486
FOLSOM STATE PRISON 4B/21-14
POST OFFICE BOX 715071
REPRESA, CALIFORNIA 95671


APPEALS COORDINATOR
OFFICE


DEAR SIR:
   PURSUANT TO CALIFORNIA CODE OF REGULATION: TITLE 15,
§ 3084.5 (A), PLAINTIFF IS REQUIRED ATTEMPT TO RESOLVE a
GRIEVANCE INFORMALLY WITH THE EXCEPTIONS OF "ALLEGED
MISCONDUCT" by DEPARTMENTAL PEACE OFFICERS
(§ 3084.5, (A § (3) (G).)
   I ATTEMPTED TO RESOLVE THIS MATTER: by
ADDRESSING 5-BUILDING COUNSELOR CENTER CCI
R. MALMENDIER, WITH NO RESPONSE
   HE REFUSES TO UNDERSTAND THE SEVERITY
OF STATUTORY TIME LIMITS ON FILING COURT
DOCUMENTS, I DON'T NO WHAT ELSE TO DO
HERE, I'VE HAD COUNTLESS INCOUNTERS WITH
HIM, ALREADDY —

                                        Robert E. Gerkin

DATED: 4/20/2008

| DISTRIBUTION: | |
|---|---|
| WHITE - CENTRAL FILE | CANARY - WARDEN |
| BLUE - INMATE (2ND COPY) | PINK - HEALTH CARE MGR |
| GREEN - ASU | GOLDENROD - INMATE (1ST COPY) |

| INMATE'S NAME | | | CDC NUMBER |
|---|---|---|---|
| GERKIN | JPN | (NON MHSDS/CCCMS) | J79986 |

## REASON(S) FOR PLACEMENT (PART A)

[XX] PRESENTS AN IMMEDIATE THREAT TO THE SAFETY OF SELF OR OTHERS

[ ] JEOPARDIZES INTEGRITY OF AN INVESTIGATION OF ALLEGED SERIOUS MISCONDUCT OR CRIMINAL ACTIVITY

[XX] ENDANGERS INSTITUTION SECURITY      [ ] UPON RELEASE FROM SEGREGATION, NO BED AVAILABLE IN GENERAL POPULATION

DESCRIPTION OF CIRCUMSTANCES WHICH SUPPORT THE REASON(S) FOR PLACEMENT:
On Saturday, April 5, 2008, you are being placed into Administrative Segregation (Ad-Seg) based on the following: You have been identified via confidential information as a Potential Victim of Assault if you were to remain in the general population at FSP. You will remain in Ad-Seg pending an investigation to be conducted by Correctional Sergeant J. Codorniz. Due to the aforementioned, you are deemed a threat to the safety and security of the institution. You will appear before the Institutional Classification Committee within 10 days for a review of your housing, custody and program needs.

[ ] CONTINUED ON ATTACHED PAGE (CHECK IF ADDITIONAL)  [X] IF CONFIDENTIAL INFORMATION USED, DATE OF DISCLOSURE: 4/15/08

| DATE OF ASU PLACEMENT | SEGREGATION AUTHORITY'S PRINTED NAME | SIGNATURE | TITLE |
|---|---|---|---|
| 04/05/08 | R. Janzen | | Lieutenant |

| DATE NOTICE SERVED | TIME SERVED | PRINTED NAME OF STAFF SERVING ASU PLACEMENT NOTICE | SIGNATURE | STAFF'S TITLE |
|---|---|---|---|---|
| 4/5/08 | 1230 | J. CODORNIZ, SGT. | | SGT. |

| [X] INMATE REFUSED TO SIGN | INMATE SIGNATURE | CDC NUMBER |
|---|---|---|
| | | J79986 |

## ADMINISTRATIVE REVIEW (PART B)
*The following to be completed during the initial administrative review by Captain or higher by the first working day following placement*

| STAFF ASSISTANT (SA) | | INVESTIGATIVE EMPLOYEE (IE) | |
|---|---|---|---|
| STAFF ASSISTANT NAME | TITLE | INVESTIGATIVE EMPLOYEE'S NAME | TITLE |

### IS THIS INMATE:

| | | | | |
|---|---|---|---|---|
| LITERATE? | [X] YES [ ] NO | EVIDENCE COLLECTION BY IE UNNECESSARY | [X] YES | [ ] NO |
| FLUENT IN ENGLISH? | [X] YES [ ] NO | DECLINED ANY INVESTIGATIVE EMPLOYEE | [X] YES | [ ] NO |
| ABLE TO COMPREHEND ISSUES? | [X] YES [ ] NO | ASU PLACEMENT IS FOR DISCIPLINARY REASONS | [ ] YES | [ ] NO |
| FREE OF MENTAL HEALTH SERVICES DELIVERY SYSTEM NEEDS? | [X] YES [ ] NO | DECLINED 1ST INVESTIGATIVE EMPLOYEE ASSIGNED | [ ] YES | |
| DECLINING FIRST STAFF ASSISTANT ASSIGNED? | [ ] YES | | | |

Any "NO" requires SA assignment  N/A

Any "NO" may require IE assignment

[X] NOT ASSIGNED                    [ ] NOT ASSIGNED

### INMATE WAIVERS

[ ] INMATE WAIVES OR DECLINES INTERVIEW WITH ADMINISTRATIVE REVIEWER  [X] INMATE WAIVES RIGHT TO 72 HOURS PREPARATION TIME

[ ] NO WITNESSES REQUESTED BY INMATE

| INMATE SIGNATURE | DATE |
|---|---|
| | 4.7.08 |

### WITNESSES REQUESTED FOR HEARING

| WITNESS' NAME | TITLE/CDC NUMBER | WITNESS' NAME | TITLE/CDC NUMBER |
|---|---|---|---|
| NONE | | | |
| WITNESS' NAME | TITLE/CDC NUMBER | WITNESS' NAME | TITLE/CDC NUMBER |

**DECISION:** [ ] RELEASE TO UNIT/FACILITY_____ [X] RETAIN PENDING ICC REVIEW [ ] DOUBLE CELL [X] SINGLE CELL PENDING ICC

REASON FOR DECISION: Retain pending completion of investigation regarding possible safety concerns. Threat to safety and security of the institution. Single cell pending I.C.C.

| ADMINISTRATIVE REVIEWER'S PRINTED NAME | TITLE | DATE OF REVIEW | TIME | ADMINISTRATIVE REVIEWER'S SIGNATURE |
|---|---|---|---|---|
| B. Martial | FAc Captain | 4.7.08 | 1040 | |

| CORRECTIONAL ADMINISTRATOR'S PRINTED NAME (if necessary) | CORRECTIONAL ADMINISTRATOR'S CO-SIGNATURE (if necessary) | DATE OF REVIEW |
|---|---|---|

**See chronological Classification Review document (CDC 128 - G) for specific hearing information**

119 OUT GOING LEGAL MAIL          YEAR 2008
FOLSOM STATE PRISON

| CDC # | I/M NAME | | SPECIAL PURPOSE LETTER(S) | DATE |
|-------|----------|---|---------------------------|------|
| J79986 | GERKIN | S | NON-LEGAL: EDITOR IN CHIEF, CRIMINAL PROCEDURE PROJECET, GEORGETOWN LAW JOURNAL | 1/2/2008 |
| | TRUST W/ORDER | | CA VICTIM COMPENSATION & GOV'T CLAIMS BD, POB 3035, SACRAMENTO CA 95812-3035 | 1/8/2008 |
| | TRUST W/ORDER | | SUPERIOR COURT, CIVIL DIV, 720 NINTH ST, RM 102, SACRAMENTO CA 95814 | 2/1/2008 |
| | | S | PRISON LAW OFFICE, GENERAL DELIVERY, SAN QUENTIN CA 94964-0001 | 2/4/2008 |
| | | S | US DISTRICT COURT, 501 I ST, STE 4-401, SACRAMENTO CA 95814 | 2/5/2008 |
| | TRUST W/ORDER | | US DISTRICT COURT, NORTHERN DISTRICT OF CA, 450 GOLDEN GATE AVE, SAN FRANCISCO CA 94 | 3/21/2008 |
| 1 OF 2 | TRUST W/ORDER | | ATTORNEY GENERAL'S OFFICE, POB 944255, SACRAMENTO CA 94244-2550 | 3/28/2008 |
| 2 OF 2 | TRUST W/ORDER | | SUPERIOR COURT, LEGAL PROCESS DESK, 720 NINTH ST, RM 102, SACRAMENTO CA 95814-1380 | 3/28/2008 |
| | TRUST W/ORDER | | ATTORNEY GENERAL'S OFFICE, 455 GOLDEN GATE AVE, STE 11000, SAN FRANCISCO CA 94102 | 4/3/2008 |
| | | S | US DISTRICT COURT, NORTHERN DISTRICT OF CA, 450 GOLDEN GATE AVE, SAN FRANCISCO CA 94 | 4/9/2008 |
| | TRUST W/ORDER | | SUPERIOR COURT, 720 9TH ST, RM 102, SACRAMENTO CA 95814-1380 | 4/9/2008 |
| | TRUST W/ORDER | | SUPERIOR COURT, 720 9TH ST, RM 102, SACRAMENTO CA 95814-1380 | 4/14/2008 |



08.1602 JF

REPORT ID: TS3030   .701

REPORT DATE: 04/07/08
PAGE NO:        1

CALIFORNIA DEPARTMENT OF CORRECTIONS
CALIFORNIA STATE PRISON FOLSOM
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: JAN. 01, 2008 THRU APR. 07, 2008

ACCOUNT NUMBER : J79986                BED/CELL NUMBER: B4SATL00000014L
ACCOUNT NAME   : GERKIN, ROBERT EUGENE         ACCOUNT TYPE: I
PRIVILEGE GROUP: A

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

TRUST ACCOUNT ACTIVITY

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|-------------|-----------|-------------|---------|-------------|
| 03/11/2008 | H118 | LEGAL COPIES HOLD | 704701 L | 54.00 |
| 03/11/2008 | H118 | LEGAL COPIES HOLD | 704701 L | 3.60 |
| 03/24/2008 | H109 | LEGAL POSTAGE HOLD | 704912 L | 4.60 |
| 03/24/2008 | H118 | LEGAL COPIES HOLD | 704914 | 20.00 |
| 03/28/2008 | H109 | LEGAL POSTAGE HOLD | 705011 | 4.60 |
| 03/28/2008 | H109 | LEGAL POSTAGE HOLD | 705011 | 5.70 |
| 04/04/2008 | H109 | LEGAL POSTAGE HOLD | 705133 L | 1.99 |
| 04/07/2008 | H118 | LEGAL COPIES HOLD | 705185 L | 0.10 |

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|-------------------|----------------|-------------------|-----------------|---------------|---------------------------|
| 0.00 | 0.00 | 0.00 | 0.00 | 94.59 | 0.00 |

CURRENT
AVAILABLE
BALANCE
----------
94.59-
----------

ATTORNEY GENERAL