NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT E. GERKIN, | ) | No. C 08-1602 JF (PR) |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| vs. | ) | |
| | ) | |
| M.C. KRAMER, Warden | ) | |
| | ) | |
| Respondent. | ) | |

The Court has dismissed the instant habeas action as a second or successive petition challenging the same conviction and sentence as Petitioner's earlier petition in case no. C 01-20766 JF (PR). See 28 U.S.C. § 2244(b). A judgment of dismissal without prejudice is entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 5/9/08

JEREMY FOGEL
United States District Judge

Judgment
P:\pro-se\sj.jf\hc.08\Gerkin602jud            1